FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 AUG 30  AM 10: 54

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ELBERT THOMAS,

    Plaintiff,

vs.

HUGH SMITH, Warden, and
Dr. BURT,

    Defendants.

CIVIL ACTION NO.: CV606-046

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Hugh Smith are **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b).

SO ORDERED, this 30th day of August, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)